IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

DEAN MITCHELL HOLLAND,     Case No.:  6:14-bk-13275-ABB

Debtor.

_____/

## INTERNAL REVENUE SERVICE'S MOTION TO DISMISS

COMES NOW the Internal Revenue Service ("IRS"), by and through the undersigned Assistant United States Attorney and, pursuant to 11 U.S.C. § 109(e), moves to dismiss Debtor's Chapter 13 case for exceeding the statutory debt limit, and in support thereof submits the following:

Debtor filed this Chapter 13 case on December 5, 2014.

The Debtor's Schedule F lists unsecured debts in the amount of $291,336.18.  These debts are not listed as contingent, unliquidated, or disputed.

In addition, the IRS has filed a proof of claim (Claim 4) for pre-petition income taxes totaling $623,770.30, of which $615,705.79 is unsecured.

This amount exceeds the amount allowed under 11 U.S.C. § 109(e).

WHEREFORE, the IRS respectfully requests that Debtor's Chapter 13 case be dismissed.

Respectfully submitted,

A. Lee Bentley, III
United States Attorney

By: /s/ Ralph E. Hopkins
RALPH E. HOPKINS
Assistant United States Attorney
Florida Bar No. 0972436
400 W. Washington St., Ste. 3100
Orlando, Florida  32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7588
Email:  ralph.hopkins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, a copy of the foregoing has been electronically filed with the Clerk of the Bankruptcy Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

David L. Robold, Counsel for Debtor

Laurie K. Weatherford, Chapter 13 Trustee

/s/ Ralph E. Hopkins
RALPH E. HOPKINS
Assistant United States Attorney